Craig C. Hoffman (#026017)
hoffmanc@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
Attorney for Defendant
DEPARTMENT STORES NATIONAL BANK

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Caroline Orr,<br><br>       Plaintiff,<br><br>   v.<br><br>Department Stores National Bank and Experian Information Solutions, Inc.,<br><br>       Defendants. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>Removed from the Superior Court of the State of Arizona, County of Maricopa, Case No. CC2016-172150 |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Department Stores National Bank ("DSNB"), appearing solely for the purpose of filing this Notice of Removal, and reserving all rights, defenses, exceptions, objections and claims and without waiver thereof, hereby removes the action entitled *Caroline Orr v. Department Stores National Bank, et al.*, Case No. CC2016-172150 (the "State Court Action"), currently pending in the Superior Court of Arizona, County of Maricopa, to the United States District Court, District of Arizona.  In further support of this Notice of Removal, DSNB states as follows:

1.   Plaintiff Caroline Orr ("Orr") filed the State Court Action on September 22, 2016, and served DSNB with the Summons and Complaint on or about October 5, 2016.  The Complaint was the first pleading received by DSNB, through service or otherwise, setting forth the claims for relief upon which the State Court Action is based.  Thus, this Notice of Removal has been filed within the time period prescribed by 28 U.S.C. § 1446(b).  Pursuant to 28 U.S.C. § 1446, a true and correct copy of all process, pleadings and orders served upon DSNB is

attached hereto as <u>Exhibit A</u>.  DSNB has not filed any responsive pleadings in the State Court Action.

2. Orr also named Experian Information Solutions, Inc. ("Experian")[1] as a defendant in the State Court Action.  Consistent with 28 U.S.C. § 1446(b)(2)(A), DSNB notified Experian of its intent to file this Notice of Removal.  Experian advised, by and through its counsel, that it consents to removal to this Court.  A true and correct copy of the correspondence indicating Experian's consent to removal is attached hereto as <u>Exhibit B</u>.  Experian has not filed any responsive pleadings in the State Court Action.

3. According to Orr, she "is a consumer and victim of inaccurate reporting by Defendants."  *See* Compl., ¶ 6 (Exh. A).  Orr alleges that, in or about May 2012, DSNB issued a 1099-C cancellation of debt for Orr's DSNB credit card account, but yet DSNB continued to report a balance on the account to third-parties.  *See id*. at ¶¶ 6-13.  Based on DSNB's alleged conduct, Orr asserts claims for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA") and, among other things, seeks actual damages and statutory damages as redress.  Orr's Complaint does not contain a Jury Demand.

4. Federal question jurisdiction exists when an action presents a claim "arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  Any civil action commenced in state court is removable if it might have been originally brought in federal court.  *See* 28 U.S.C. § 1441; *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 563-64, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005) ("a district court has original jurisdiction of a civil action for purposes of § 1441(a) as long as it has original jurisdiction over a subset of claims constituting the action").  Here, a federal question is presented on the face of the Complaint because Orr alleges that DSNB violated the FCRA, a federal statute.  A United States District Court is the proper forum to hear an action brought pursuant

---

[1] Experian appears to have been inadvertently identified in the State Court Action caption as Experian Information *Solutions*, Inc.

to the FCRA. *See* 15 U.S.C. § 1681p ("An action to enforce any liability created under this title may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction"). Accordingly, the State Court Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 and removal jurisdiction pursuant to 28 U.S.C. § 1441.

5. This Court should exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) over any claims that are not independently removable.

6. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1391(b) and 1441(a), because the State Court Action was filed in Maricopa County and it allegedly arises from events that took place there.

7. DSNB reserves the right to submit evidence supporting this Notice of Removal should Plaintiffs move to remand.

8. A copy of this Notice of Removal is being concurrently filed with the Superior Court of the State of Arizona for the County of Maricopa, and concurrently served on Orr and Experian.

**WHEREFORE**, DSNB requests that the above-captioned action, currently pending in the Superior Court for the State of Arizona, County of Maricopa, be removed to this United States District Court, District of Arizona, which shall assume full jurisdiction over it as provided by law.

DATED this 4th day of November, 2016.

BALLARD SPAHR LLP

By: /s/ Craig C. Hoffman
Craig C. Hoffman
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorney for Department Stores National Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day November, 2016, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

A COPY of the foregoing was mailed this 4th day of November, 2016 to:

Kevin Fallon McCarthy
McCarthy Law PLC
4250 N. Drinkwater Blvd.
Suite 320
Scottsdale, AZ 85251
Counsel to Plaintiff

Andrew Dubin
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Counsel to Experian Information Solutions, Inc.


/s/ Catherine M. Weber