# Exhibit A

(Page 1 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 2 of 32

**McCARTHY LAW PLC**

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 SEP 22 PM 1:04

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

CAROLINE ORR,

　　　Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK
AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

　　　Defendants.

Case No.: CC2016172150RC

**SUMMONS**

**STATE OF ARIZONA TO:**

**DEPARTMENT STORES NATIONAL BANK**
701 E. 60TH STREET
SIOUX FALLS, SOUTH DAKOTA, 57104

**EXPERIAN INFORMATION SOLUTIONS, INC.**
S/A: CT CORPORATION SYSTEM
3800 NORTH CENTRAL AVENUE, SUITE 460
PHOENIX, ARIZONA 85012

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1. YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this

Court and by paying the required fee. If you cannot afford to pay the required fee, you may request

that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your

answer within twenty (20) calendar days from the date you were served. If you were served outside

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Orr v. Department Stores NB, et al　　　　　1　　　　　Summons

(Page 2 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 3 of 32

1    the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the

2    date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the

3    next working day to file your answer. When calculating time, do not count the day you were served

4    with the summons.

5    3. Your answer must be in writing.

6         (a) You may obtain an answer form from this Court.

7         (b) You may also obtain an answer form from the Form section of the Maricopa County

8    Justice Courts website at http://justicecourts.maricopa.gov.

9    4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with

10   JCRCP Rule 120.

11   **5. IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE**

12   **TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST**

13   **YOU.**

14   The name and address of Plaintiffs' attorney is:

15              Kevin Fallon McCarthy, Esq.

16              Joon N. Kee, Esq
            McCARTHY LAW PLC

17              4250 North Drinkwater Boulevard, #320
            Scottsdale, Arizona 85251

18                                    SEP 2 2 2016

19   SIGNED AND SEALED this date: _____

20                          By: _Michael R Elegan_

21                              Deputy Clerk

22

23

24

25

26

27

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.9900
www.McCarthyLawyer.com

Orr v. Department Stores NB, et al                    2                              Summons

(Page 3 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 4 of 32

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Orr v. Department Stores NB, et al                    3                    Summons

(Page 4 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 5 of 32

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 SEP 22  PM 1:04

**McCARTHY LAW PLC**

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
Attorneys for Plaintiff

**McDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

CAROLINE ORR,

    Plaintiff,

v.

DEPARTMENT STORES NATIONAL
BANK AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

Case No. CC2016171150 RC

**COMPLAINT FOR VIOLATION OF**
**FAIR CREDIT REPORTING ACT (15**
**U.S.C. § 1681 et seq.)**

COMES NOW Plaintiff, Caroline Orr ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

1. That, on information and belief, Defendant, Department Stores National Bank ("DSNB") is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was registered with the FDIC as a Federally Chartered National Bank with their headquarters located at 701 E. 60th Street, Sioux Falls, South Dakota, 57104.

2. That, on information and belief, Defendant, DSNB, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3. That, on information and belief, Defendant, Experian Information Solutions, Inc. ("Experian"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460, PHOENIX, ARIZONA 85012.

4. That, on information and belief, Defendant, Experian, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251

Orr v. Department Stores NB, et al.       1           COMPLAINT

(Page 5 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 6 of 32

5.    That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Arizona.

6.    That, the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

7.    That, on or about May 5, 2012, Defendant DSNB issued a 1099-C, cancellation of debt, for Plaintiff's DSNB's credit card account 0000-04372-4437-142 ("Account"). Exhibit A.

8.    That, the 1099-C canceled the principal balance owed, excluding interest and fees.

9.    That, the 1099-C represents that the creditor has made a decision or policy to discontinue collection of the debt and cancel the debt.

10.    Subsequently, Defendant submitted a tax form 1099-C to the Internal Revenue Service ("IRS") for the cancellation of debt amount of the debt owed to Defendant.

11.    As a result, Plaintiff was obligated to pay taxes on the cancelled debt.

12.    That Defendant DSNB still reported a balance on Account, inclusive of interest and fees, on Plaintiff's credit report.

13.    That Defendant is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

14.    On August 1, 2016, Plaintiff sent a written dispute regarding the accuracy of the derogatory information reported by Experian. Exhibit B

15.    That Defendant DSNB willfully failed to correct the inaccurate reporting of Account1 to the Experian in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibit C.

16.    That Defendant DSNB is willfully reporting derogatory and inaccurate information about Plaintiff to consumer reporting agencies, Defendant Experian, as defined by 15 U.S.C. § 1681a. Exhibit C.

17.    That Defendant Experian failed to conduct a reasonable reinvestigation in violation of 15 U.S.C. § 1681i(a)(1)(A) to the detriment of the consumer Plaintiff. Exhibit C

18.    That Defendant Experian failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. Exhibit C

(Page 6 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 7 of 32

19.     That Defendant Experian, willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of 15 U.S.C. § 1681e.

20.     The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against Defendants for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1.  Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2.  Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendants' willful violation;

3.  The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4.  Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 22 day of September, 2016.

MCCARTHY LAW, PLC

By:

Kevin Fallon McCarthy, Esq.
Joon N. Kee, Esq.
Attorneys for Plaintiff

(Page 7 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DCC Document 1-2 Filed 11/04/16 Page 8 of 32



# EXHIBIT B

(Page 9 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 10 of 32

Caroline Orr
4166 Lindell Apt. 8D
St. Louis, MO 63108


August 1, 2016


Experian
NCAC
PO Box 9701
Allen, TX 75013


Re:   **Name:  Caroline Orr**
      **Social Security #** ███████5409
      **Date of Birth:** ██████
      **Report date:** 7/29/2016
      **Report #:** 0420-4462-94


To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item DSNB/MACYS, account # ██████████7142 is incorrectly reporting a balance owed of $1,347.00. This is inaccurate as a 1099 was issued by Macy's for the full balance. See 1099 attached. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the dispute item immediately.



Sincerely,


Caroline Orr

(Page 10 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 11 of 32

Mar 2015: $13,999 / no data / $207 / no data
Feb 2015: $13,999 / no data / $207 / no data
Jan 2015: $15,846 / no data / $207 / no data
Dec 2014: $13,999 / no data / $207 / no data
Oct 2014: $15,383 / no data / $183 / no data
Sep 2014: $15,383 / no data / $183 / no data
Aug 2014: $14,751 / no data / $183 / no data
Jul 2014: $14,751 / no data / $183 / no data

The original amount of this account was $12,000

**MACYS**
Address:                          Account Number:
PO BOX 8218                       43724437....
MASON, OH 45040
(800) 243-6552
Address Identification Number:
0150825053

Status: Account charged off. $1,347 written off. $1,347 past    Status Details: This account is scheduled to continue on
due as of Jul 2016.                                             record until Dec 2018.

Date Opened:        Type:                 Credit Limit/Original Amount:
06/2002             Charge Card           NA
Reported Since:     Terms:                High Balance:
09/2008             NA                    $1,959
Date of Status:     Monthly Payment:      Recent Balance:
06/2012             $0                    $1,347 as of 07/2016
Last Reported:      Responsibility:       Recent Payment:
07/2016             Individual            $0

Comment: Account closed at credit grantor's request.

Payment History:

| 2016 | | | | | | | 2015 | | | | | | | | | | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| CO | CO | CO | CO | CO | CO | CO | ND | ND | ND | CO | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 2013 ND | ND | ND | ND | ND | ND | ND | ND | ND |

| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | 2012 ND | ND | ND | ND | ND | ND | ND | CO | 60 | 30 | OK | JAN | 2011 DEC | OK | OK | 30 | OK |

| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | 2010 OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 2009 OK |

| NOV | OCT | SEP | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

Account History:
Charge Off as of Jul 2016, Jun 2016, May 2016, Apr 2016, Mar
2016, Feb 2016, Jan 2016, Sep 2015, May 2012
60 days past due as of Apr 2012
30 days past due as of Mar 2012, Oct 2011

**NAVIENT**
Address:                          Account Number:
PO BOX 9600                       9274447637100012003....
WILKES BARRE, PA 18773
No phone number available
Address Identification Number:
056202180

Status: Open.

(Page 11 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 12 of 32

CORRECTED (if checked)

| CREDITOR's name, street address, city, state, ZIP code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 |
|---|---|---|
| DEPARTMENT STORES NATIONAL BANK 701 E 60TH ST N SIOUX FALLS, SD 57104 | 02/05/2012 | 2012 |
| | 2 Amount of debt discharged $ 1,388.68 | Form 1099-C |
| | 3 Interest if included in box 2 $ | Cancellation of Debt |

| (800) 252-0895   INTERNAL RECOVERY | 4 Debt description | Copy B |
| CREDITOR's federal identification number | DEBTOR's identification number | MACYS CREDIT CARD LOAN | For Debtor |
| DEBTOR's name | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| ORR, C | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . ☑ | |
| Street address (including apt. no.) 1990 HIGH SUN DR | | | |
| City, state, and ZIP code FLORISSANT, MO 63031-2726 | | | |
| Account number (see instructions) | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C                     (keep for your records)              Department of the Treasury - Internal Revenue Service

DEPARTMENT STORES NATIONAL BANK
PO BOX 8053
MASON CITY, MO 50401

ORR, C
1990 High Sun Dr
Florissant, MO 63031-2726

(Page 12 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-BCC Document 1-2 Filed 11/04/16 Page 13 of 32



**Experian**
A world of insight

Prepared for: CAROLINE ORR
Date: August 17, 2016
Report number: 0018-8564-36

*Page 1 of 4*

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are on the following page. If an item

disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation. If an item says "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says "Remains," it means the company that reports the information to us has certified it is reported accurately. If an item says "Updated," you should look at the item, carefully to see whether you believe it is now accurate. Sometimes the updated information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If medical information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the names of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report that contain such medical information are disclosed to others.

0072204782

ılımİılıllıdılıılıılpıllıllıllıılpıllılıllıllıllııl

0018590 01 SP 0.445 **SNCLP T0 0.7197       *C.01.P181081

CAROLINE ORR
1860 HIGH SUN
FLORISSANT MO 63031-2726

PO Box 9701
Allen, TX 75013

(Page 13 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DCC Document 1-2 Filed 11/04/16 Page 14 of 32

## :::. Experian™
A world of insight

Prepared for: CAROLINE ORR
Date: August 17, 2016
Report number: 0018-6584-36

Page 2 of 4

**How to read your results**

Deleted - This item was removed from your credit report

Remains - This item was not changed as a result of our processing of your dispute

Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

Processed - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
|---|---|
| MCYDSNB | Updated |
| 4372443 7... | |

Visit experian.com/status to check the status of your pending disputes at any time.

0072204762

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 15 of 32

# ⋮⋮⋮ Experian™
A world of insight

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | |
|---|---|
| | Current/Terms of agreement met |
| | Account 30 days past due |
| | Account 60 days past due |
| | Account 90 days past due |
| | Account 120 days past due |
| | Account 150 days past due |
| | Account 180 days past due |
| | Creditor received deed |
| | Foreclosure proceedings started |
| | Foreclosed |
| | Voluntarily surrendered |
| | Repossession |
| | Paid by creditor |
| | Insurance claim |
| | Claim filed with government |
| | Defaulted on contract |
| | Collection |
| | Charge-off |
| | Closed |
| | No data for this time period |

## ■ Credit items

**MACYS**
PO BOX 6788
SIOUX CITY, IA 50040
Phone number
(000) 000-0000
Partial account number
4317xxxxx
Address identification number
0130295068

| Date opened | Type | Credit limit or original amount | Recent balance |
|---|---|---|---|
| May 2002 | Charge Card | $1,310 | $1,347 as of Aug 2016 |
| First reported | Terms | High balance | |
| Sep 2009 | Not reported | $1,659 | |
| Date of status | Monthly payment | | |
| May 2012 | Not reported | | |

**Responsibility**
Individual

**Status:**
Account charged off. $1,347 written off. $1,347 past due as of Aug 2016.

This account is scheduled to continue on record until Dec 2018.

**Comment:**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Aug 2016.

**Payment history**

| 2016 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | | | | |

| 2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |

| 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |

| 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |

| 2012 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |

0072204762

(Page 15 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 16 of 32

Prepared for: CAROLINE ORR
Date: August 17, 2016
Report number: 0018-5564-38
Page 4 of 4

Experian
A world of insight

— End of Report —

If you disagree with information in your report you may dispute most information at
www.experian.com/disputes

You may also visit www.experian.com to view your report again.

0072204782

(Page 16 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 17 of 32

**McCARTHY LAW PLC**
Candid Conversation. With Counsel.

1

2  Kevin Fallon McCarthy, 011017
Joon Kee, 028152

3  4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251

4  602-456-8900
joon.kee@mccarthylawyer.com

5  Attorneys for Plaintiff

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 SEP 22 PM 1:04

6                    **McDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
7                    18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

8  CAROLINE ORR,                         Case No.: CC2016178150RC

9           Plaintiff,
                                        **INITIAL DISCOVERY SET TO**
10  v.
                                        **DEPARTMENT STORES NATIONAL**
11  DEPARTMENT STORES NATIONAL          **BANK**
    BANK AND EXPERIAN INFORMATION
12  SOLUITIONS, INC.,

13          Defendants.

14         Plaintiff, Caroline Orr, gives notice of service upon and requests that Defendant

15  individually respond to the following interrogatories, requests for production, and requests for

16  admission within sixty (60) days of service.

17                    **PREFATORY INSTRUCTIONS TO INTERROGATORIES**

18         The Justice Court Rules of Civil Procedure allow a party to send up to forty (40)
    interrogatories to another party. An interrogatory is a written question that is sent by a party to
19  another party that must be answered in writing and under oath by the party to whom the
    interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory,
20  you must state a reason for your objection.

21         Provide your answers in the space directly below each question. If there is not enough space
    for your answer to a particular question, you may continue on a blank page by including the
22  question above your answer. After you have completed your response to the interrogatories, you
    must sign on the last page to affirm that you have truthfully answered the questions and that you
23  have a good faith basis for any objections that you may have made. You must provide your original
    answers to interrogatories to the party who sent them to you, and you must provide a copy to every
24  other party in the lawsuit.

25         Your response to these interrogatories is due forty (40) days after they have been served
    on you, unless the interrogatories were served with the summons and complaint, in which case
26  your response is due within sixty (60) days after the date of service, or unless otherwise ordered by
    the court. If you do not answer these interrogatories by the date provided in this notice, the party
27  who served them may file a motion asking that the court order you to answer them. If the court
    enters that order, the court may also require you to pay expenses, including attorneys' fees incurred
28

(Page 17 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 18 of 32

by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)     the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)     the author or sender of the document;

    (c)     the recipient of the document;

    (d)     the date the document was authored, sent, and/or received; and

    (e)     the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the

(Page 18 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 19 of 32

1  action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

2  Where the term "data" is used, it is meant to mean or include the physical symbols in the

3  broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

4

5  "Identify" means that you should state:

6  (a) any and all names, legal, trade or assumed;

7  (b) all addresses used; and

8  (c) all telephone and tele-fax numbers used.

9

10  "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

11  "Personal Identifiers" means a person's name or social security number or other unique

12  data which identifies or is associated with a particular "person."

13  The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of

14  assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of

15  interstate commerce for the purpose of preparing or furnishing consumer reports.

16  **NON UNIFORM INTERROGATORIES**

17  **INTERROGATORY NO. 1:**  Please identify the names, addresses, and telephone numbers of all

18  persons who supplied information responsive to these interrogatories.

19  **ANSWER:**

20

21

22  **INTERROGATORY NO. 2:**  Please identify the names, addresses, and telephone numbers of all

23  persons who have personal knowledge of any of the facts, events, or matters that are alleged in

24  Plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and

25  explain your understanding of the matters on which the persons named have knowledge.

26  **ANSWER:**

27

28

(Page 19 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 20 of 32

1   **INTERROGATORY NO. 3:** Please identify all correspondence or documents that refer or relate

2   to any correspondence or communication between you and any other person relating or referring

3   to the facts, acts, events, or matters alleged in Plaintiff's complaint, or your answer, anticipated

4   answer and/or defenses thereto.

5   **ANSWER:**

6

7

8   **INTERROGATORY NO. 4:** Please identify each person whom you may call as a witness at trial

9   including name, address, and telephone number, and the substance of the facts and opinions to

10   which the witness may testify.

11   **ANSWER:**

12

13

14   **INTERROGATORY NO. 5:**  Please list, explain and describe documents known to you or

15   believed by you to exist concerning the events described in Plaintiff's complaint or concerning any

16   event which is the subject of any defense you have raised to this lawsuit.

17   **ANSWER:**

18

19

20

21   **INTERROGATORY NO. 6:** Please identify each employee or non-employee witness or expert

22   witness you believe may have formed any opinion or consulted with you about the facts or basis

23   of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

24   identified, please list each and every lawsuit in which that person has testified by affidavit,

25   deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

26   and describe the nature of each such statement by the person so identified. Please identify the

27   lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

28   testimony, or report was made, taken or occurred.

(Page 20 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 21 of 32

1    **ANSWER:**

2

3

4    **INTERROGATORY NO. 7:** Please identify all individuals known to you or your attorney who

5    are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

6    issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

7    person could testify. For each person, please state the following:

8        a.     Please state whether each such person is affiliated with, or related

9        to, or employed by any party (or its agents, servants, officers, or employees)

10       to this lawsuit;

11        b.     If any of the persons so listed in response to this interrogatory do not

12       fit the characterization in subpart (a) above, please describe the nature of

13       their involvement in this lawsuit;

14        c)     Please explain and describe your understanding of their knowledge

15       of such facts.

16    **ANSWER:**

17

18

19    **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

20    the preceding interrogatories have given any statement[s] to you and, if so, please identify the

21    individual giving the statement, identify the individual to whom the statement was given, the date

22    of the statement, and whether or not the statement was written or recorded and, if it was written or

23    recorded, identify the individual presently in possession of such writing or recording.

24    **ANSWER:**

25

26

27

28

Orr v. Department Stores NB, et al.       5       DISCOVERY

(Page 21 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 22 of 32

1  **INTERROGATORY NO. 9:**  Please list each exhibit which you may attempt to introduce as

2  evidence at the trial of this case, or which has been used or referred to by any witness, expert or

3  lay, on your behalf.

4  **ANSWER:**

5

6

7  **INTERROGATORY NO. 10:** For each paragraph of Plaintiff's complaint which you deny the

8  allegations, please explain and describe any facts which you believe support each denial.

9  **ANSWER:**

10

11

12  **INTERROGATORY NO. 11:**  Please explain and describe when, how and under what

13  circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

14  personal identifiers. List the archived data files and reports wherein any personal information about

15  Plaintiff or attributed to any of Plaintiff's personal identifiers, including the date such data was

16  captured, retained and/or archived, who has possession of those reports, the manner in which the

17  reports are maintained, and the retention policy[ies] regarding those reports. This request includes

18  your normal data file retention processes.

19  **ANSWER:**

20

21

22  **INTERROGATORY NO. 12:** Please explain and describe when and how you transmit account

23  data stored in any file bearing any of Plaintiff's personal identifiers to any Consumer Reporting

24  Agency ("CRA").

25  **ANSWER:**

26

27

28

(Page 22 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 23 of 32

1    **INTERROGATORY NO. 13:**  Please explain and describe any disputes you received from

2    Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your

3    actions in connection with each contact or communication.

4    **ANSWER:**

5

6

7    **INTERROGATORY NO. 14:**  Please explain and describe each Consumer Dispute Verification

8    or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication

9    or other dispute communication you issued to any furnisher of credit information which pertained

10    to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute

11    communication, please identify the person reporting such dispute, state the date the dispute was

12    received and the date you issued any response, explain and describe the dispute conveyed, and fully

13    explain and describe your response[s] on each such occasion.

14    **ANSWER:**

15

16

17    **INTERROGATORY NO. 15:**  Please list, explain and describe each and every code contained in

18    each reinvestigation record and file and retained computer record and screen/file you generated

19    and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,

20    the purpose of such code, the content of such action, the duration of such action, and the reason

21    you permitted such action or entry.

22    **ANSWER:**

23

24

25

26

27    **PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION**

28

(Page 23 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 24 of 32

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all of your claims or defenses in this lawsuit; if you are a Plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents; AND

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent; AND

3. Specifies the date on which the document was prepared or transmitted or both; AND

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

(Page 24 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 25 of 32

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

(b)    the author or sender of the document;

(c)    the recipient of the document;

(d)    the date the document was authored, sent, and/or received; and

(e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed; AND

(Page 25 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 26 of 32

(b) all addresses used; AND

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Please produce a copy of all documents or computerized records, kept in any form or manner, known to you or believed by you to exist concerning any of the events described in Plaintiff's Complaint or concerning any of the events which are the subject[s] of any allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

**ANSWER:**

**REQUEST NO. 2:** Please produce a complete and legible copy, transcription and summary of any statement[s], in any recorded format, provided to you or your attorneys in connection with any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item, please produce that item for inspection and copying at the time of your responses or produce a copy of that item with your responses.

**ANSWER:**

**REQUEST NO. 3:**

(Page 26 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC   Document 1-2   Filed 11/04/16   Page 27 of 32

1   Please produce a complete and legible copy of each exhibit which you may attempt to introduce as

2   evidence at the trial of this case.

3   **ANSWER:**

4

5

6   **REQUEST NO. 4:**  For each paragraph of Plaintiff's petition for which you deny the allegations,

7   please provide a copy of any evidence or proof which you believe may support each denial.

8   **ANSWER:**

9

10

11   **REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you

12   received from Plaintiff and which you sent to Plaintiff.

13   **ANSWER:**

14

15

16

17

18

19

20

21

22

23

24

25           **PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION**

26           The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25)

27   requests for admissions to another party. Each request must contain only one fact or one contention

28   to admit or deny. A request may inquire about whether a document is genuine or accurate. You
     must admit or deny each of these requests, unless you object to a request, in which case you must

CCARTHY LAW, PLC
250 N. DRINKWATER BLVD
UITE 320
COTTSDALE, ARIZONA 85251

Orr v. Department Stores NB, et al.            11                    DISCOVERY

(Page 27 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 28 of 32

state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. *Separate answers should be given for each person named as the party, if requested.*

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity,

(Page 28 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 29 of 32

address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed; AND

(b) all addresses used; AND

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "Consumer Reporting Agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that you, Defendant, reported to one or more Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] of Plaintiff.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 2:** Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiff's account 0000-04372-4437-142 was charged off.

☐ADMIT ☐DENY

**REQUEST FOR ADMISSION NO. 4:** Admit that you, Defendant, failed to conduct an investigation in response a dispute received through one or more CRA(s) on Plaintiff's account 0000-04372-4437-142.

(Page 29 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03946-DGC Document 1-2 Filed 11/04/16 Page 30 of 32

1         ☐ADMIT  ☐DENY

2

3  **REQUEST FOR ADMISSION NO. 6:**  Admit that you, Defendant, failed to report to one or

4  more CRA(s) that Plaintiff's account 0000-04372-4437-142 has a zero balance.

5         ☐ADMIT  ☐DENY

6

7  **REQUEST FOR ADMISSION NO. 8:**  Admit that you, Defendant, failed to accurately report

8  data to one or more CRA(s) regarding Plaintiff's account 0000-04372-4437-142.

9         ☐ADMIT  ☐DENY

10

11     Respectfully submitted this 22 day of September, 2016

12         MCCARTHY LAW, PLC

13         By:

14         Kevin Fallon McCarthy, Esq.
15         Joon N. Kee, Esq.
        Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

MCCARTHY LAW, PLC
250 N. DRINKWATER BLVD
STE 320
SCOTTSDALE, ARIZONA 85251

Orr v. Department Stores NB, et al.         14         DISCOVERY

(Page 30 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DGC Document 1-2 Filed 11/04/16 Page 31 of 32



# Maricopa County Justice Courts, State of Arizona
## North East Region
## McDowell Mountain Justice Court
18380 N. 40th Street
Phoenix, AZ 85032
(602) 372-7000
http://justicecourts.maricopa.gov
## RECEIPT

Sale Transaction
MARICOPA COUNTY
MCDOWELL MOUNTAIN JC
18380 N 40TH ST STE. 150
PHOENIX, AZ 85032
602-372-7000

09/22/16                        01:44 PM
MERCHANT ID  : 0MMAR-JUSTC-MCDMT-P
TERMINAL     : MCDM150001
Payment Type : MC

xxxxxxxxxxxx0216          Exp:  xxxx

RECEIPT #    : 3604173243
Auth Code    : 054406
Payment For  :              TREASURER
Ref number   :          2016172150
Payment Amount :       $     96.00
-----------------------------------
Conv. Fee    :         $      0.00
Transaction Total :    $     96.00

CUSTOMER COPY

| | |
|---|---|
| Transaction #: | 5773886 |
| Date: | Sep 22, 2016 at 1:45:04 PM |
| Cashier ID: | 52406 |

### Civil Complaint

| Type | Case # | Party Name | Balance Due | Payer Name | Amount Paid |
|---|---|---|---|---|---|
| Credit | CC2016172150 | Caroline Orr | $0.00 | EZ Messenger | 96.00 |
| | | | | | $96.00 |

| | |
|---|---|
| Amount Tendered: | 96.00 |
| Payment: | 96.00 |
| **Change Due:** | $0.00 |

(Page 31 of 31 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information)

Case 2:16-cv-03846-DCG Document 1-2 Filed 11/04/16 Page 32 of 32

| ***The attached legal documents were personally served at Citibank, N.A., Served by:*** | |
|---|---|
| Action Process Serving-Richard | 360-2881 |
| Action Professional Service | 335-3090 |
| Aero Professional Document Services | |
| Allegiance Investigators- William "Pat" McManus | 605 338-3078 |
| Constables Office | |
| DEA | |
| Denes Barabas Investigations | 605-881-6742 |
| Express Attorney Service- Shaley or Skyler | 335-8693 |
| FBI | |
| Front Range – Sioux Falls | 695-5718 Justin |
| Hatfield Process Servers- Kansas City MO Bruce Hansum | 201-1325 |
| Hot Civil Process Serving-Owner Ron Hot | 712-299-4402 |
| IRS | |
| JW Services | |
| Minnehaha County Sheriff's Office | 367-4331 Civil Process |
| Preferred Process Service | 261-0020 Chad |
| Process Agent Service Co. | 335-8840 |
| Quality Attorney Services | |
| Rapid Recovery | |
| Sioux Falls Police Dept. | |
| South Dakota Professional Services | Eric Hurlburt 605-368-1037 |
| States Attorney Office | |
| Mark here if you signed a waiver to attend a hearing | |
| US Customs | |
| US Govt Contractor Arthur G. Temple AGTEMP41@gmail.com PO Box 87972 SFSD 57109 | 605-553-5270 |
| US Marshal's Office | |
| US Secret Service | |
| US Office of Personnel Management Federal Investigative Services Shonda Meyer or Jason Kittles | Shonda Cell-605-310-1519 Fax 605-362-0135 Jason-605-431-8888 |
| ***Process Server Name:*** | |
| ***Number of Documents Received:*** | |
| ***Date & Time Served :*** 10-5 12:45 | |
| Cathy Reinecke | |
| Tonya Cwach | |
| Bev Fenton | |
| Kevin Geiger | |
| Karla Hein | |
| Jo Heldenbrand | |
| Lee Krege | |
| Tanya Javers | |
| Pam Meyer | |
| Tami Odegaard | |
| Jon Rens | |
| David Richter | |
| Sherry Simunek | |
| Sharon K. Stroud | |
| Matt Thompson | |
| Kelly Umstott | |
| Teresa Willson | |
| Angie Eggleston | |
| Britney Leinen | |



RECEIVED
CITIGROUP MANAGEMENT CORP
OCT 5 2016
SUBPOENA COMPLIANCE



Hansen Civil Process
EZ messenger
Ashley Hansen